928 F.2d 396
 McClellan Realty Corp., Tamburo (David), Parente, Randolph &
Co., Anthracite Health & Welfare Fund, Erie Lackawanna R.R.
Co., State Equip. Corp., Warner Co., Baser (John), Haldeman
(Robert), George Solomon & Sons, Rockwood Ins. Co., Cmwlth
of PA., Dept. of Rev.,ITT, Techweld Inc., Hajoca Corp.,
Bridon-Amer. Corp., Mine Safety App. Co., Nat. Mine Serv.
Co., Nat, Robinson (Lincoln), t/a Atl. Equip. & Supply, Buckley (Mary)
v.
Haggerty (James J.); McDonnell (Frank), Blue Coal Corp.
 NO. 90-5835
 United States Court of Appeals,
Third Circuit.
 FEB 28, 1991
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.